**Order filed July 3, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00440-CV

———————

## IN THE INTEREST OF L.R AND A.R, Children

**On Appeal from the 300th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 48170**

# O R D E R

The clerk's record was filed June 26, 2012. Our review has determined that relevant items have been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the notice of appeal and the judgment signed April 25, 2012.

The Brazoria County District Clerk is directed to file a supplemental clerk's record on or before July 31, 2012, containing the notice of appeal and the judgment signed April 25, 2012.

If the omitted items are not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted items are not a part of the case file.


PER CURIAM